# EXHIBIT A

## **LEGAL DESCRIPTION**

ALL THAT CERTAIN PIECE OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE TOWN OF QUEENSBURY, WARREN COUNTY, N.Y., MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING IN THE EASTERLY BOUNDS OF THE LANDS OF THE PARTIES OF THE FIRST PART HEREIN DISTANT THE FOLLOWING THREE COURSES MEASURING ALONG THE SAID EASTERLY BOUNDS OF THE LANDS OF THE PARTIES OF THE FIRST PART AND THE LANDS NOW OR FORMERLY OF BURTON J. PAGANO FROM THE SOUTHERLY BOUNDS OF THE CORINTH ROAD, (1) SOUTH 06 DEGREES, 32 MINUTES AND 30 SECONDS WEST, 199.95 FEET; (2) SOUTH 07 DEGREES AND 14 MINUTES WEST, 100.32 FEET; (3) SOUTH 06 DEGREES AND 41 MINUTES WEST, 300 FEET; RUNNING FROM THENCE SOUTH 06 DEGREES AND 41 MINUTES WEST, STILL ALONG THE EASTERLY BOUNDS OF THE LANDS OF THE PARTIES OF THE FIRST PART HEREIN, 75.00 FEET; THENCE RUNNING NORTH 84 DEGREES AND 47 MINUTES WEST, 151.12 FEET TO THE EASTERLY BOUNDS OF A PROPOSED TOWN HIGHWAY; THENCE RUNNING NORTH 06 DEGREES AND 49 MINUTES EAST ALONG THE EASTERLY BOUNDS OF THE SAID PROPOSED HIGHWAY, 75.00 FEET; THENCE RUNNING SOUTH 84 DEGREES AND 47 MINUTES EAST, 150.94 FEET TO THE POINT AND PLACE OF BEGINNING, CONTAINING 0.260 OF AN ACRE OF LAND, BE THE SAME MORE OR LESS. BEARINGS GIVEN IN THE ABOVE DESCRIPTION REFER TO THE MAGNETIC MERIDIAN AS OF JULY 12, 1967.

"TOGETHER WITH A RIGHT OF WAY OVER THE SAID PROPOSED TOWN HIGHWAY FROM THE CORINTH ROAD TO THE ABOVE DESCRIBED PREMISES."

25-337809 - jg