# EXHIBIT D

## <u>SCHEDULE OF ASSIGNMENTS</u>

The subject Mortgage was assigned to Deutsche Bank National Trust Company, as trustee for Securitized Asset Backed Receivables LLC Trust 2007-BR4, Mortgage Pass-Through Certificates, Series 2007-BR4, by Assignment of Mortgage recorded on May 9, 2019 in Book 5927 at Page 192.

The subject Mortgage was assigned to PHH Mortgage Corporation, by Assignment of Mortgage recorded on October 16, 2025 in Book 7145 at Page 71.



# WARREN COUNTY – STATE OF NEW YORK
## PAMELA J. VOGEL, COUNTY CLERK
### 1340 STATE ROUTE 9,
### LAKE GEORGE, NEW YORK 12845

---

## COUNTY CLERK'S RECORDING PAGE
### ***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---

Recording:

| | |
|---|---:|
| Cover Page | 5.00 |
| Recording Fee | 30.00 |
| Additional Names | 0.50 |
| Cross References | 0.50 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |
| | |
| Total: | 56.00 |

**** NOTICE: THIS IS NOT A BILL ****

BOOK/PAGE: 5927 / 192
INSTRUMENT #: 2019-2789

Receipt#: 2019494483
Clerk:      LB
Rec Date: 05/09/2019 09:15:52 AM
Doc Grp:  RP
Descrip:  ASSNMT MTG
Num Pgs:  3
Rec'd Frm: MCCABE, WEISBERG &AMP; CONWAY,
P.C. (NEW YORK)

Party1:   NEW CENTURY MORTGAGE
CORPORATION
Party2:   DEUTSCHE BANK NATIONAL TRUST
COMPANY TRSTE

Record and Return To:

ELECTRONICALLY RECORDED BY SIMPLIFILE

WARNING***
I hereby certify that the within and foregoing was recorded in the Warren County Clerk's Office, State of New York.
This sheet constitutes the Clerks endorsement required by Section 316 of the Real Property Law of the State of New York.

Pamela J. Vogel
Warren County Clerk

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402

## CORPORATE ASSIGNMENT OF MORTGAGE

Warren, New York
SELLER'S SERVICING #: ████████ "RONDEAU"
SELLER'S LENDER ID#: ████████
OLD SERVICING #: ████████

MIN #: ████████████    SIS #: 1-888-679-6377

Date of Assignment: May 3rd, 2019

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS at PO BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST, STE C, DANVILLE, IL 61834

Assignee: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4 at C/O OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409

Executed By: ALLEN C RONDEAU JR AND DEBORAH RONDEAU  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS

Date of Mortgage: 12/21/2006 Recorded: 02/01/2007 in Book/Reel/Liber: BK-RP VL-3183 Page/Folio: 79 as Instrument No.: 2007-00001171 in the County of Warren, State of New York.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 1901 E Voorhees Street, Suite C, Danville, IL 61834 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Property Address: 25 MERRITT ROAD, QUEENSBURY, NY 12804

   This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $124,656.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS
On  MAY 0 3 2019

By: _____
Name: Jamell Strachan,
Title: Assistant Secretary

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF FLORIDA
COUNTY OF PALM BEACH

On the ___3rd___ day of __May_____ in the year __2019___ before me, the undersigned, personally appeared Jamell Strachan, Assistant Secretary, **personally known to me** or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) **is**/(are) subscribed to the within instrument and acknowledged to me that **he**/she/they executed the same in **his**/her/their capacity(ies), and that by **his**/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of PALM BEACH, State of FLORIDA.

WITNESS my hand and official seal

_Amanda E. Jordan_
Notary Expires: NOV 3 0 2021
State of FLORIDA County of PALM BEACH

Notary Public State of Florida
Amanda E Jordan
My Commission GG 164343
Expires 11/30/2021

(This area for notarial seal)



**WARREN COUNTY – STATE OF NEW YORK**
CARRIE L. BLACK, COUNTY CLERK
1340 STATE ROUTE 9,
LAKE GEORGE, NEW YORK 12845

**COUNTY CLERK'S RECORDING PAGE**
**\*\*\*THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH\*\*\***



Recording:

| | |
|---|---:|
| Cover Page | 5.00 |
| Recording Fee | 35.00 |
| Additional Names | 0.50 |
| Cross References | 1.00 |
| Cultural Ed | 14.25 |
| Records Management – Coun | 1.00 |
| Records Management – Stat | 4.75 |
| Total: | 61.50 |

BOOK/PAGE:  7145 / 71
INSTRUMENT #:  2025-5779

Receipt#: 2025625065
Clerk:      CL
Rec Date: 10/16/2025 01:24:07 PM
Doc Grp: RP
Descrip:  ASSNMT MTG
Num Pgs:  4
Rec'd Frm: NATIONWIDE TITLE CLEARING, LLC

Party1:   DEUTSCHE BANK NATIONAL TRUST
COMPANY TRSTE
Party2:   PHH MORTGAGE CORPORATION

**\*\*\*\* NOTICE: THIS IS NOT A BILL \*\*\*\***

Record and Return To:

ELECTRONICALLY RECORDED BY SIMPLIFILE

WARNING\*\*\*
\*\*\* **Information may be amended during the verification process, and may not be reflected on this cover page.**

I hereby certify that the within and foregoing was recorded in the Warren County Clerk's Office, State of New York.
This sheet constitutes the Clerks endorsement required by Section 316 of the Real Property Law of the State of New York.

Carrie L. Black
Warren County Clerk

When Recorded Return To:
**PHH Mortgage Corporation**
C/O Nationwide Title Clearing,
LLC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number ▮▮▮▮▮▮▮

# ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, with all interest secured thereby, all liens, and any rights due or to become due thereon to **PHH MORTGAGE CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 12/21/2006, made by **ALLEN C RONDEAU JR AND DEBORAH RONDEAU** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $124,656.00 and recorded on 02/01/2025, in **Instrument # 200700001171** in the office of the Registry of **WARREN** County, **NEW YORK**.

Property Address: 25 MERRITT ROAD, QUEENSBURY, NY 12804

See Exhibit attached for Assignments, Modifications etc.
This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 7TH day of OCTOBER, 2025**
**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4, by PHH MORTGAGE CORPORATION, its Attorney-in-Fact (POA RECORDED: DATE: 09/26/2025 BK: 7135 PG: 267)**

By: _____
    EZRA E. PUGH
    SERVICING OPERATIONS SPECIALIST

By: _____
    Witness    Netty N. Bangala

Loan Number ██████████

STATE OF FLORIDA    COUNTY OF PALM BEACH
Before me by means of [X] physical presence or [ ] online notarization on, this 7TH day of OCTOBER, 2025, the undersigned, personally appeared EZRA E. PUGH as SERVICING OPERATIONS SPECIALIST for PHH MORTGAGE CORPORATION as Attorney-in-Fact for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual (s) acted, executed the instrument.

Kelley Earle

Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2027

KELLEY EARLE
Notary Public
State of Florida
Comm# HH468739
Expires 12/18/2027

Loan Number ████████

Exhibit

Assignment: "MERS" AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS TO DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4 DATED 05-03-2019. REC: 05-09-2019 INSTR# 20192789