United States District Court
Northern District of New York

_____

PHH Mortgage Corporation,

Civil Action No.: 1:25-cv-1589 (MAD/ML)

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

                Plaintiff,

-against-

Allen C. Rondeau, Jr.; Deborah Rondeau,

"John Doe #1" through "John Doe #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,

                Defendant(s).

_____

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, PHH Mortgage Corporation, by and through its undersigned counsel, discloses as follows:

1. PHH Mortgage Corporation, is wholly owned by PHH Corporation, which is organized under the laws of the State of New Jersey and whose main office is in New Jersey, which is wholly owned by Onity Group Inc.  Onity Group Inc,. is publicly traded on the NYSE under the symbol ONIT and is organized under the laws of the State of Florida whose main office is in Florida.

2. PHH Mortgage Corporation, is a citizen of the State of New Jersey as it was incorporated

25-337809 - jg

in New Jersey and maintains its principal place of business in New Jersey.

Dated: November 4, 2025

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                *Attorneys for Plaintiff*

                /s/ Anthony Cellucci, Esq.
                _____
                By: Anthony Cellucci, Esq.
                900 Merchants Concourse, Suite 310
                Westbury, NY 11590
                Phone: (516) 280-7675
                Email: acellucci@raslg.com