**United States District Court for the Northern District of New York**

## AFFIRMATION OF SERVICE



*36925*

Index no : **1 25-cv-1589 MAD ML**
Date Index Number Purchased: **11/12/2025**

| | |
|---|---|
| Plaintiff(s): | **PHH MORTGAGE CORPORATION** |
| Defendant(s): | **Allen C. Rondeau, Jr.** |

**Dan Clothier**, the undersigned, hereby subscribes and affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **11/19/2025** at **12:39 PM**, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, and the title to the notice printed in twenty-point type in compliance with RPAPL Sect 1303 ;Complaint Certificate of Merit Summons in a Civil Action** on **Deborah Rondeau** at **25 Merritt Road, QUEENSBURY, NY 12804** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Jane Doe refused name**, **Co-occupant** of **Deborah Rondeau**, a person of suitable age and discretion. Said premises is **Deborah Rondeau's** usual place of abode within the state.

On **11/20/2025**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **25 Merritt Road, QUEENSBURY, NY 12804** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Description of Person Served Based Upon the Undersigned's Perception:

| Gender | Race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Gray | 60-70 | 5'9"-6'0" | 161-200 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether **Defendant** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

I affirm on 20th day of November, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
Dan Clothier
Provest, LLC
4520 Seedling Circle
Tampa, FL 33614
813.877.2844
Atty File#: 7850167